

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CHRISTOPHER M. OLSEN AND CATHY A. OLSEN, | § § | No. 08-14-00258-CV |
| Appellants, | § | Appeal from |
| v. | § | 126th District Court |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), | § § | of Travis County, Texas (TC # D-1-GN-13-003043) |
| Appellee. | § § | |

## **J U D G M E N T**

The Court has considered this cause on Appellee Mortgage Electronic Registration Systems' (MERS) motion to dismiss and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)